# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 SEP 20 P 3: 31

### Notice of Presentence Report Disclosure

| UNITED STATES OF AMERICA | DOCKET NO.: 3:05cr00122-FJP-DLD |
|---|---|
| vs | |
| Rebecca Tassin | |

TAKE NOTICE that the presentence report for this case will be available for disclosure beginning **September 22, 2005**, at 8:30 a.m. in the U.S. Probation Office, 777 Florida Street, Suite 161, Russell B. Long U.S. Courthouse and Federal Building, Baton Rouge, Louisiana. Pursuant to Uniform Local Rule, objections to the presentence report must be communicated in writing and on disk to the probation officer no later than 4:00 p.m. on **October 6, 2005**. Form MD-2, required for this purpose, is available at the probation office.

Respectfully,

Eddie Samson
Chief U.S. Probation Officer

By _____

DATE: September 20, 2005

To:

Rebecca Tassin
Defendant

Chris Oetjens
Attorney for Defendant

CC:

Judge
U.S. District Court
Baton Rouge, Louisiana

Courtroom Deputy
U.S. District Court
Baton Rouge, Louisiana

Richard Bourgeois
Asst. U.S. Attorney
Baton Rouge, Louisiana

Patrick S. Smith
Senior U.S. Probation Officer
Baton Rouge, Louisiana