# UNITED STATES DISTRICT COURT

Middle District of Louisiana

UNITED STATES OF AMERICA

V.

REBECCA S. TASSIN

Case Number: 05-N-22-FJP-DLD

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2005 NOV -4 AM 10: 33
BY DEPUTY CLERK

## WARRANT FOR ARREST

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __REBECCA S. TASSIN__
Name

and bring her forthwith to the United States Magistrate Judge for failure to appear for sentencing on November 4, 2005 as order by the Court on September 22, 2005 and for violating the terms and conditions of her pretrial release.

Defendant failed to appear for sentencing on November 4, 2005 and violated the terms and conditions of her bond. The bond of the defendant is hereby canceled.

| Frank J. Polozola | District Judge of the Middle District of Louisiana |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 11/4/05 at Baton Rouge, La 70801 |
| Signature of Issuing Officer | Date and Location |

Bail shall be set _____ by __District Judge Frank J. Polozola__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at US Courthouse Entrance

| DATE RECEIVED 11/4/05 | NAME AND TITLE OF ARRESTING OFFICER Michael Attaway DUSM M/DA | SIGNATURE OF ARRESTING OFFICER by Michael [signature] SDUSM |
|---|---|---|
| DATE OF ARREST 11/4/05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

Warrant Recalled