UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


**NOTICE OF DOCUMENTS NOT FILED IN RECORD**


**CRIMINAL NO. 05-CR-122-FJP**

**USA**

**VERSUS**

**REBECCA S. TASSIN**


Transcript of 7/22/2005 - Rearraignment


**FILED ON 8/30/2006 IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD**


<u>     HCJ     </u>
DEPUTY CLERK