UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

REBECCA S. TASSIN

CRIMINAL NO. 05-122-FJP-DLD
(CV 06-682-FJP-DLD)

## JUDGMENT

For written reasons assigned;

IT IS ORDERED that defendant's motion to vacate sentence pursuant to 28 U.S.C. § 2255 is denied and this action is dismissed.

Baton Rouge, Louisiana, February 23, 2007.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#44129